UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60055-TP-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RALPH GLEN HINES,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the September 12, 2012 Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 31]. The Court has conducted a <u>de novo</u> review of the Report and Recommendation, carefully considered the Objections it received [DE 34] and the record herein, and is otherwise fully advised in the premises.

The objections essentially assert that it would be unfair to allow Defendant to keep the $25,000 sent to Mr. Entin's account and that the money should be returned because Mr. Entin should have done a better job investigating the source of the money. The Court is unpersuaded by these arguments.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The September 12, 2012 Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 31] is **ADOPTED** and **APPROVED**;

2.     The Objections [DE 34] are **OVERRULED**;

3. Michael Entin, Esquire's, Emergency Motion for Relief as to Status of Restitution Payment [DE 21] is **GRANTED**;

4. On or before October 11, 2012, Mr. Entin shall deposit the $25,000 with the Financial Analyst Unit, Clerk of the U.S. District Court, Eastern District of North Carolina - Western Division, 310 Newburn Avenue, Raleigh, NC 27601.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of October, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Judge Snow

Counsel of Record

Richard R. Wellman
15405 Miami Lakeway N, Apt. 209
Hialeah, Fl 33014

Philip E. Sheridan
c/o Sedilia Holdings, Ltd.
P.O. Box 22882
Ft. Lauderdale, FL 33335-2882